On appellant's petition for reconsideration filed September 25, 1991, petition for reconsideration allowed; former opinion (108 Or App 575, 815 P2d 723) reversed and remanded with instructions to dismiss indictment February 26, 1992

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.